**SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW**

August 22, 2023

<u>Via ECF</u>
Honorable Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *O'Neill v. Newburgh Enlarged City Sch. Dist.*
             <u>Docket No.: 22-cv-5017 (PMH)</u>

Dear Judge Halpern:

> Application granted.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 36.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>            August 23, 2023

We represent the defendant in the above-refe[renced matter and write with the] consent of the plaintiff's counsel to request a brief e[xtension of time to meet] and confer and file a revised Rule 56.1 Statement as [directed by the Court's] Order (DE 35).

Pursuant to the Court's Order, the current de[adline to meet and confer a]nd file a revised 56.1 Statement is August 28, 2023. H[owever, an attorney at our fi]rm, Deanna Collins, is currently out of the office on vac[ation from August 21 through Aug]ust 27, 2023. She will return to the office on August 28[, 2023. I am currently schedu]led to be out of the office from August 31, 2023 throug[h September 5, 2023. Based ]on schedules, counsel respectfully request additional ti[me to meet and confer and make] appropriate revision to the 56.1 Statement. Accordingly, we respectfully request that the deadline to file the revised 56.1 Statement and defendant's pre-motion letter be extended to September 8, 2023.

We appreciate the Court's time and attention to this matter.

                Respectfully submitted,

                SILVERMAN & ASSOCIATES

      By: *Caroline B. Lineen*
          Caroline B. Lineen
          Attorneys for Defendant
          445 Hamilton Avenue, Suite 1102
          White Plains, New York 10601

TO:   **VIA ECF**
       Stewart Lee Karlin, Esq.
       Plaintiff's counsel