**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
CHRISTA O'NEILL,

                Plaintiff,

   -against-                                        22 **CIVIL** 5017 (JCM)

                                                      **JUDGMENT**

NEWBURGH ENLARGED CITY SCHOOL
DISTRICT,

                Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 26, 2024, Defendant's motion for summary judgment is granted as to Plaintiff's Title VII claim, and that claim is dismissed with prejudice. The Court has declined to exercise supplemental jurisdiction over Plaintiff's remaining state law claim and dismisses that claim without prejudice to renew in state court; accordingly, the case is closed.

**Dated:** New York, New York

      June 26, 2024

                                                      **DANIEL ORTIZ**
                                                    **Acting Clerk of Court**

                                **BY:**      *K. Mango*

                                                        **Deputy Clerk**